1  AARON M. SCHUE, SBN 338760
   aschue@ftc.gov
2  JORDAN X. NAVARRETTE, SBN 306143
   jnavarrette@ftc.gov
3  MILES D. FREEMAN, SBN 299302
   mfreeman@ftc.gov
4  DAVID L. HANKIN, SBN 319825
   dhankin@ftc.gov
5  BARBARA CHUN, SBN 186907
   bchun@ftc.gov
6  Federal Trade Commission
7  10990 Wilshire Boulevard, Suite 400
   Los Angeles, CA 90024
8  Tel: (310) 824-4300
   Fax: (310) 824-4380
9

10  *Attorneys for Plaintiff Federal Trade Commission*

11  [Additional Attorneys for Plaintiffs & Defendant Listed on Signature Page]

12                    **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF ARIZONA; THE PEOPLE OF THE STATE OF CALIFORNIA; ATTORNEY GENERAL OF COLORADO; THE PEOPLE OF THE STATE OF ILLINOIS; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF NORTH CAROLINA; STATE OF OKLAHOMA; COMMONWEALTH OF PENNSYLVANIA; STATE OF SOUTH CAROLINA; UTAH DIVISION OF CONSUMER PROTECTION; STATE OF WISCONSIN, | Case No.  3:26-cv-1655-LB  **JOINT STATEMENT RE: CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

15
16
17
18
19
20
21
                          Plaintiffs,
22
                          v.
23
24  WALMART INC., a corporation;
25
                          Defendant.
26
27
28

1   On February 26, 2026, Plaintiffs, the Federal Trade Commission; the Attorney General of

2   the State of Arizona; the People of the State of California, by and through the District Attorney

3   of Alameda County; Philip J. Weiser, Attorney General of Colorado; the People of the State of

4   Illinois, by Kwame Raoul, Illinois Attorney General; the People of the State of Michigan; the

5   Attorney General of the State of North Carolina; the Attorney General of the State of Oklahoma;

6   the Commonwealth of Pennsylvania, by and through its Attorney General David W. Sunday, Jr.;

7   the State of South Carolina; the Utah Division of Consumer Protection; and the State of

8   Wisconsin (collectively, "Plaintiffs") filed a Complaint for Permanent Injunction, Monetary

9   Judgment, and Other Relief (the "Complaint") against Defendant Walmart Inc. ("Walmart")

10  (collectively with Plaintiffs, the "Parties").  Concurrent with the filing of the Complaint, the

11  Parties also filed a Proposed Stipulated Order for Permanent Injunction, Monetary Judgment, and

12  Other Relief (the "Proposed Stipulated Order").

13  Upon receipt of the Proposed Stipulated Order, the Court entered a text order stating that

14  the Court can approve the stipulated judgment with the consent of the parties and inviting the

15  Parties to file a joint statement consenting to the jurisdiction of the Court.

16  The Parties report that they consent to the jurisdiction of the Magistrate Judge.

17

18

19

20

21

22

23

24

25

26

27

28

1  Respectfully submitted,

2  **FOR PLAINTIFF FEDERAL TRADE**                    Dated: March 2, 2026
   **COMMISSION:**
3

4
   _/s/ Miles D. Freeman_
5  AARON M. SCHUE, SBN 338760
   JORDAN X. NAVARRETTE, SBN 306143
6  MILES D. FREEMAN, SBN 299302
   DAVID L. HANKIN, SBN 319825
7  BARBARA CHUN, SBN 186907
   Federal Trade Commission
8  10990 Wilshire Boulevard, Suite 400
   Los Angeles, CA 90024
9  Tel: (310) 824-4300
   Fax: (310) 824-4380
10

11 _Attorneys for Plaintiff Federal Trade_
   _Commission_
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOR PLAINTIFF THE STATE OF ARIZONA:**

Dated: March 2, 2026

KRIS MAYES
Attorney General of the State of Arizona


*/s/ Jayme L. Weber*
JAYME L. WEBER, SBN 330107
Office of the Attorney General
Civil Litigation Division
400 W. Congress St., Ste. S-215
Tucson, AZ 85701
Tel: (602) 542-5025
Fax: (602) 542-4377

*Attorney for Plaintiff the State of Arizona*

1

**FOR PLAINTIFF THE PEOPLE OF THE**    Dated: March 2, 2026
**STATE OF CALIFORNIA:**

2

3    URSULA JONES DICKSON
District Attorney

4

_/s/Andres H. Perez_

5    ANDRES H. PEREZ, SBN 186219
Office of the Alameda County District Attorney

6    1225 Fallon Street, Suite 900
Oakland, CA 94612

7    Tel: (510) 272-6222
Fax: (510) 271-5157

8

9    _Attorney for Plaintiff the People of the State of_
_California_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOR PLAINTIFF ATTORNEY GENERAL OF COLORADO:**

Dated: March 2, 2026

PHILIP J. WEISER
Colorado Attorney General

 */s/Julianne B. Cramer*
JULIANNE B. CRAMER, SBN 227771
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Tel: (720) 508-6000
Fax: (720) 508-6040

*Attorney for Plaintiff Attorney General of Colorado*

1

**FOR PLAINTIFF THE PEOPLE OF THE**      Dated: March 2, 2026
**STATE OF ILLINOIS:**

2

3

KWAME RAOUL
Attorney General

4

5

_/s/ William S. Wingo_
WILLIAM S. WINGO, _admitted pro hac vice_

6

WILTON A. PERSON, _admitted pro hac vice_
Office of the Illinois Attorney General

7

Consumer Fraud Bureau
115 S. LaSalle Street, 26th Floor

8

Chicago, Illinois 60603
Tel: (312) 814-3000

9

Fax: (312) 814-3806

10

_Attorneys for Plaintiff the People of the State of_

11

_Illinois_

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**FOR PLAINTIFF THE PEOPLE OF THE**    Dated: March 2, 2026
**STATE OF MICHIGAN:**

2

3
DANA NESSEL
Michigan Attorney General

4

5
*/s/ Aaron W. Levin*
AARON W. LEVIN, *pro hac vice forthcoming*

6
*or pending*
Michigan Department of Attorney General

7
Corporate Oversight Division
525 W. Ottawa Street

8
P.O. Box 30736
Lansing, MI 48909

9
Tel: (517) 335-7632
Fax: (517) 335-6755

10

11
*Attorney for Plaintiff the People of State*
*Michigan*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOR PLAINTIFF THE STATE OF NORTH CAROLINA:** Dated: March 2, 2026

JEFF JACKSON
North Carolina Attorney General


*/s/ Jesse Ramos*
JESSE RAMOS, *pro hac vice forthcoming or pending*
North Carolina Department Of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: (919) 716-6000
Fax: (919) 716-6050

*Attorney for Plaintiff the State of North Carolina*

1

**FOR PLAINTIFF THE STATE OF**               Dated: March 2, 2026
**OKLAHOMA:**

2

3    GENTNER DRUMMOND
     Attorney General of Oklahoma

4

5    */s/ Cameron Capps*
     CAMERON CAPPS, *pro hac vice forthcoming*
6    *or pending*
     Oklahoma Office of the Attorney General
7    313 NE 21st Street
     Oklahoma City, OK 73105
8    Tel: (405) 521-3921
     Fax: (405) 521-6246

9

10   *Attorney for Plaintiff the State of Oklahoma*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **FOR PLAINTIFF COMMONWEALTH OF** Dated: March 2, 2026
     **PENNSYLVANIA:**

2

3    DAVID W. SUNDAY, JR.
     Attorney General for the Commonwealth of
     Pennsylvania

4

5    */s/ John M. Abel*
     JOHN M. ABEL, *pro hac vice forthcoming or*
6    *pending*
     Pennsylvania Office of Attorney General
7    15th Floor, Strawberry Square
     Harrisburg, PA 17120
8    Tel: (717) 497-5123
     Fax: (717) 705-3795
9

10   FRANCESCA MILLER-SURMAN, *pro hac*
     *vice forthcoming or pending*
11   Pennsylvania Office of Attorney General
     1251 Waterfront Place, Mezzanine Level
12   Pittsburgh, PA 15222
     Tel: (412) 565-7680
13   Fax: (412) 565-3019

14
     *Attorneys for Plaintiff Commonwealth of*
15   *Pennsylvania*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**FOR PLAINTIFF THE STATE OF SOUTH** Dated: March 2, 2026
**CAROLINA:**

2

ALAN M. WILSON
3      South Carolina Attorney General

4
_/s/ Jared Q. Libet_
5      JARED Q. LIBET, _pro hac vice forthcoming or_
_pending_
6      Office of the South Carolina Attorney General
Post Office Box 11549
7      Columbia, South Carolina 29211
Tel: (803) 734-3970
8      Fax: (803) 734-0513

9      _Attorney for Plaintiff the State of South_
_Carolina_
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOR PLAINTIFF UTAH DIVISION OF**     Dated: March 2, 2026
**CONSUMER PROTECTION:**

DEREK BROWN
Utah Attorney General


*/s/ Carina Wells*
STEVENSON SMITH, *pro hac vice*
*forthcoming or pending*
CARINA WELLS, *pro hac vice forthcoming or*
*pending*

Utah Attorney General's Office
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84114
Tel: (801) 336-0310
Fax: (801) 530-6601

*Attorney for Plaintiff Utah Division of*
*Consumer Protection*

1

**FOR PLAINTIFF STATE OF WISCONSIN:**  Dated: March 2, 2026

2

JOSHUA L. KAUL
Wisconsin Attorney General

3

4

*/s/ Laura E. McFarlane*
LAURA E. MCFARLANE, *pro hac vice*

5

*forthcoming or pending*
Wisconsin Department of Justice

6

Post Office Box 7857
Madison, Wisconsin 53707

7

Tel: (608) 266-8911
Fax: (608) 266-2250

8

9

*Attorney for Plaintiff State of Wisconsin*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOR DEFENDANT WALMART INC.:**        Dated: March 2, 2026

*/s/ Diane L. McGimsey*
JAMES M. MCDONALD
mcdonaldj@sullcrom.com
PAULENA B. PRAGER
pragerp@sullcrom.com
ANNE C. CLARK
clarkaf@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY  10004
Tel: (212) 558-3030
Fax: (212) 558-1600

DIANE L. MCGIMSEY, SBN 234953
Mcgimseyd@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
Tel: (310) 712-6600
Fax: (310) 712-8800

*Attorneys for Defendant Walmart Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, Miles D. Freeman, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil Local Rule 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: March 2, 2026                              */s/ Miles D. Freeman*
                                                          Miles D. Freeman